**GEORGIA TELEVISION COMPANY, d.b.a. WSB TV, Plaintiff,**

**Novartis Animal Health US, Inc., a Delaware corporation, Plaintiff–Appellant,**

v.

**EARLE PALMER BROWN, LLC, a Delaware limited liability company, Panoramic Communications, LLC, Defendants,**

**UPS Capital Corporation, Defendant–Appellee.**

No. 06–13496.

United States Court of Appeals, Eleventh Circuit.

March 27, 2007.

Joel G. Pieper, Robert Wayne Bond, Womble Carlyle Sandridge & Rice, PLLC, Atlanta, GA, William Wattkins, Greenville, SC, for Plaintiff–Appellant.

Paul J. Murphy, Barry Goheen, Cheri A. Grosvenor, Chilton Davis Varner, King & Spalding LLP, Atlanta, GA, for Defendant–Appellee.

Before EDMONDSON, Chief Judge, BIRCH and WILSON, Circuit Judges.

PER CURIAM:

Novartis Animal Health U.S. appeals the district court's order granting summary judgment in favor of UPS Capital Corporation ("UPS"). We review the district court's order *de novo*. *State Farm & Cas. Co. v. Steinberg*, 393 F.3d 1226, 1230 (11th Cir.2004). The issues on appeal were: (1) whether Article 9 of the Uniform Commercial Code controlled the parties' relationship and (2) whether there was sufficient evidence in the record to support a claim that UPS acted in bad faith. After carefully considering the briefs, reviewing the record on appeal, and having the benefit of oral argument, we find no error on the part of the district court on either issue. The district court properly granted summary judgment. Accordingly, we affirm.

**AFFIRMED.**